**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

UNITED STATES OF AMERICA,　　　　　：

　　　　　　　　　　　　　　　　　　：

v.　　　　　　　　　　　　　　　　　：　　CASE NO.: 1:26-CR-2 (LAG)(ALS)

　　　　　　　　　　　　　　　　　　：

DEVASCO DEAN,　　　　　　　　　　：

　　　　　　　　　　　　　　　　　　：

　　　　Defendant.　　　　　　　　　：

　　　　　　　　　　　　　　　　　　：

## ORDER

Before the Court is Defendant Andrew Brent Darbyshire's Unopposed Motion to Continue (Motion). (Doc. 14). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for April 2, 2026, and April 13, 2026, respectively. (*Id.* at 1; Doc. 13).

On February 10, 2026, Defendant Devasco Dean was charged with four counts of wire fraud, and four counts of false statement, in violation of 18 U.S.C. §1343, 101(a)(3), 981(a)(1)(C), and 28 U.S.C. § 2461(c). (Doc. 1). Defendant made his initial appearance on February 24, 2026, pleaded not guilty, and was released on bond pending trial. (Docs. 7, 9, 11). On February 25, 2026, the Court scheduled Defendant's pretrial conference and trial for April 2, 2026 and April 13, 2026, respectively. (Doc. 13). Defendant filed the subject Motion on February 26, 2026. (Doc. 14). Therein, Defendant represents that Defense Counsel has not yet received discovery, not had an opportunity to discuss the case with Defendant, nor had the opportunity to engage in plea discussions with the Government. (*Id.* ¶ 3). The Government does not oppose Defendant's Motion. (*Id.* ¶ 4).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a

speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 14) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's February 25, 2026 Scheduling Order (Doc. 13) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 27th day of February, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2